# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Delray Smith** DOB: 1984; United States<br>**Lakeisha Williams** DOB: 1986; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07352MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 27, 2021, in the District of Arizona, **Delray Smith** and **Lakeisha Williams**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Meduguri Crespo-Lira, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about July 27, 2021, in the District of Arizona, **Delray Smith** and **Lakeisha Williams**, knowing and in reckless disregard of the fact that certain illegal aliens, including Meduguri Crespo-Lira, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 27, 2021, in the District of Arizona (Sonoita), United States Border Patrol Agents (BPA) encountered a 2010 Chevrolet Impala at the SR-82 checkpoint. The rear windows were rolled up and heavily tinted, but the BPA could see through the driver's window four people crouched over in the back seat. The driver was identified as **Delray Smith** and the front passenger as **Lakeisha Williams**, both U.S. Citizens. When asked, **Smith** said that he did not know who the rear passengers were and that he picked them up because they were hitchhiking. The BPA questioned the rear passengers as to their citizenship and all four admitted they were in the U.S. illegally, including Meduguri Crespo-Lira and Veronica Lopez-Santos.

Meduguri Crespo-Lira was identified as a material witness. Crespo said she had arranged to be smuggled into the United States for money. Crespo admitted crossing the U.S. border illegally and said she was transported to a stash house where she stayed two nights. Crespo said she was picked in a gray vehicle and the two subjects in the vehicle waived to her to enter the vehicle. Crespo said that when they approached the checkpoint, the front passenger instructed her and the other passengers to crouch down in the back seat and hide. Crespo identified **Smith** as the driver and **Williams** as the front passenger in a photo lineup.

Records checks revealed that Meduguri Crespo-Lira and Veronica Lopez-Santos did not have the proper immigration documentation to enter or remain in the U.S. legally. Lopez was previously removed from the U.S. on February 21, 2020

In a post-*Miranda* statement, **Smith** said he picked up hitchhikers but later admitted he knew they were "illegals" but didn't want to offend anyone by using that terminology. **Smith** said he was instructed by some unknown people in Phoenix to pick up the noncitizens at a Fast Trip Gas Station in Nogales. **Smith** gave the BPA consent to search his cell phone. The BPA found messages with evidence showing that **Smith** had prior knowledge that he was going to smuggle multiple people and was going to receive monetary compensation. **Smith** then admitted he was going to be paid $500 USD per person.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Meduguri Crespo-Lira

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA CJC3/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 28, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54